IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
JEREMIAH A. ARMSTRONG (SBN 253705)
jarmstrong@feinday.com
FEINBERG DAY ALBERTI LIM & BELLOLI LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone: 650.618.4360
Facsimile: 650.618.4368

Attorneys for Plaintiff
Way.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WAY.COM, INC., a Delaware Corporation,<br><br>Plaintiff,<br>vs.<br><br>MOHINDER SINGH, an individual, ONESTOPPARKING.COM, LLC, a Kentucky limited liability company, and PARKWAY PARKING LLC,<br><br>Defendants. | Case Number: 3:18-cv-04819-WHO<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT PARKWAY PARKING LLC** |

Plaintiff Way.com, Inc. ("Way") and Defendant PARKWAY PARKING LLC ("Parkway") acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of all of Way's claims against Parkway with each party to bear its own attorney's fees and costs.

1

| | |
|---|---|
| Dated: April 8, 2019 | FEINBERG DAY ALBERTI LIM & BELLOLI LLP<br><br>/s/ *Ian N. Feinberg*<br>Ian N. Feinberg<br>Attorneys for Plaintiff Way.com, Inc. |
| Dated: April 8, 2019 | DE LA PENA & HOLIDAY, LLP<br><br>/s/ *Robert Carroll*<br>Robert Carroll<br>Attorneys for Defendant Parkway Parking LLC |

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: April 8, 2019                                            /s/ Ian N. Feinberg

## ORDER

Pursuant to the above stipulation, IT IS HEREBY ORDERED that all of Plaintiff Way.com, Inc.'s claims against Defendant Parkway is dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: April 9, 2019

_____
William H. Orrick
United States District Judge